

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| EX PARTE: MARCO ANTONIO HINOJOS, | § | No. 08-17-00077-CR |
|  | § | Appeal from the |
| Appellant. | § | County Criminal Court No. 2 |
|  | § | of El Paso County, Texas |
|  | § | (TC# 2017DCV0406) |
|  | § |  |

**O R D E R**

The clerk's record and the reporter's record was filed April 26, 2017. Pursuant to Tex.R.App.P. 31.1, the Court sets the following brief schedule: Appellant's brief shall be due in this Court on or before May 26, 2017 and the State's brief shall be due no later than thirty days after the Appellant's brief is filed with this Court. A submission date will be determined at a later date and the parties will be provided with advanced notice of the setting. *See* Tex.R.App.P. 39.8.

IT IS SO ORDERED this 26th day of April, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.